UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON ABELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 CV 249 RWS |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees pursuant to

the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,732.25.

After discussions, defendant and plaintiff's counsel have agreed to an award of

fees in the amount $6,500.00.  (Doc. # 20).

On December 30, 2020, I reversed the decision of the Commissioner and

remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g)

for further consideration.  Because plaintiff prevailed and is not otherwise

precluded from recovering attorney's fees, I find plaintiff is entitled to an award in

the agreed-upon amount.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [19]

is granted as follows: plaintiff shall recover attorney's fees from the Social

1

Security Administration in the amount of $6,500.00.

      **IT IS FURTHER ORDERED** that, under the terms of the Assignment of

Fee Agreement executed by the plaintiff in this case (Doc. #19-2), the award shall

be made payable to attorney Michael Ferry unless plaintiff has a pre-existing debt

owed to the United States, in which case the award shall be made payable to the

plaintiff and subject to offset to satisfy that debt.  The payment of any remaining

fees to plaintiff shall be mailed to plaintiff's counsel at P.O. Box 511011, St.

Louis, MO 63151, so that plaintiff may sign the payment over to Michael Ferry for

the attorney fees.

 

                                      _____

                                      RODNEY W. SIPPEL
                                      UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2021.

2